IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES K. EDMUNDS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | CV 22-108-BLG-SPW-TJC <br><br> **ORDER** |

The parties have filed a Stipulated Motion to Remand. (Doc. 12.) Accordingly, IT IS HEREBY ORDERED that the Commissioner's decision with regard to Plaintiff's application for a period of disability and disability insurance benefits under Title II of the Social Security Act is **REVERSED and REMANDED** to the Commissioner of Social Security for further administrative proceedings.

On remand, the Commissioner shall send the case to a new ALJ and instruct the ALJ to obtain supplemental medical expert evidence; further consider the opinion evidence; further consider whether the claimant's impairments meet or equal a listed impairment; further consider the claimant's subjective testimony including his reported treatment needs; further consider the claimant's residual

functional capacity; if necessary obtain supplemental vocational expert evidence; and issue a new decision.

IT IS FURTHER ORDERED that the Clerk will enter judgment pursuant to this order.

This remand is made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 28th day of March, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge