UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES K. EDMUNDS, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, *Acting Commissioner of Social Security Administration*,<br><br>Defendant. | Case No. CV-22-108-BLG-SPW-TJC<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  <u>X</u>   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision with regard to Plaintiff's application for a period of disability and disability insurance benefits under Title II of the Social Security Act is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings.
    This remand is made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

    Dated this 28th day of March, 2023.

                                            TYLER P. GILMAN, CLERK

                                            By: <u>/s/ J. Edwards</u>
                                            J. Edwards, Deputy Clerk