IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES K. EDMUNDS, JR.,<br><br>Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>Defendant. | CV 22-108-BLG-TJC<br><br>**ORDER** |

On March 28, 2023, the Court remanded this case to the Commissioner for further administrative proceedings. (Doc. 13.) That same day, the Clerk of Court entered a separate judgment. (Doc. 14.)

Plaintiff has now filed an unopposed application for an award of attorney's fees and costs under the Equal Access to Justice Act ("EAJA"). (Doc. 15.) Plaintiff requests an award of $9,679.94 in attorney's fees and $402.00 in costs. Defendant does not object to the requested fees and costs.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees in the amount of $9,679.94 and costs of $402.00 in full satisfaction and settlement of any and all claims Plaintiff may have under the EAJA in this case, and will satisfy all of Plaintiff's claims for fees, costs and expenses under 28 U.S.C. § 2412 in this case. This award is subject to offset to satisfy any

preexisting debt that Plaintiff owes the United States pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010) and the Treasury Offset Program, 31 U.S.C. § 3716. If the government determines Plaintiff does not owe a federal debt, then the government shall cause the payment of the award to be made directly to Plaintiff's counsel.

    DATED this 6th day of June, 2023.

                                              _____
                                              TIMOTHY J. CAVAN
                                              United States Magistrate Judge